CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Business Ethics: Unethical Behavior

on

November 4, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Business Problem Solving: Critical Thinking and Information Analysis

on

October 28, 2025

Clock Hours: 1.34
CEUs Earned: 0.13

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Business Problem Solving: Problem Solving in the Corporate World

on

November 3, 2025

Clock Hours: 0.84
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED
IACET
PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Business Problem Solving: Problem-Solving Teams

on

November 4, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Construction Hazards

on

October 27, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Construction Safety & Prevention Program: Leadership Commitment to Operational Safety

on

October 27, 2025

Clock Hours: 0.25
CEUs Earned: 0.03

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Construction Safety & Prevention Program: Workplace Safety Rules Hazard Control

on

November 3, 2025

Clock Hours: 0.25
CEUs Earned: 0.03

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Introduction to Construction Trades

on

July 14, 2026

Clock Hours: 2.00
CEUs Earned: 0.2

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Managerial Leadership: Defining Employee Roles and Priorities

on

November 4, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Managerial Leadership: Employing Motivational Strategies

on

November 4, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Sales Management: Effective Sales Performance

on

November 11, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Sales Skills: Advanced: Developing a Winning Strategy

on

November 3, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

# Transcript for RAMONDO LYNCH

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adapting to Change | E-Learning Course | Oct 14, 2025 | Oct 15, 2025 | 0.05 | 0.50 | Passed | 0 | - | Oct 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Oct 15, 2025 | Oct 15, 2025 | 0.08 | 0.75 | Passed | 80 | - | Oct 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Communication Styles and Methods | E-Learning Course | Oct 28, 2025 | Jul 14, 2026 | 0.08 | 0.75 | Passed | 86 | - | Jul 14, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Communication Styles and Methods | E-Learning Course | Jul 15, 2026 | Jul 15, 2026 | 0.08 | 0.75 | Passed | 100 | - | Jul 15, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Affordable Care Act (ACA) Basics for Business Owners (Corrections) | E-Learning Course | Oct 22, 2025 | Oct 22, 2025 | 0.03 | 0.34 | Passed | 90 | - | Oct 22, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | Oct 27, 2025 | Jul 14, 2026 | 0.08 | 0.75 | Passed | 0 | 80 | Jul 14, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | Nov 3, 2025 | Jul 14, 2026 | 0.08 | 0.75 | Passed | 0 | 80 | Jul 14, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Oct 15, 2025 | Oct 7, 2026 | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | Jul 16, 2026 | Oct 7, 2026 | 0.1 | 1.00 | Passed | 88 | - | Oct 7, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Capital Budget Analysis (Corrections) | E-Learning Course | Oct 28, 2025 | Oct 28, 2025 | 0.08 | 0.75 | Passed | 83 | - | Oct 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Accounting: Accounting for Inventory | E-Learning Course | Oct 22, 2025 | Nov 4, 2025 | 0.1 | 1.00 | Passed | 100 | 80 | Nov 4, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Managerial Ethics | E-Learning Course | Oct 27, 2025 | Oct 27, 2025 | 0.13 | 1.34 | Passed | 100 | - | Oct 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Ethics: Unethical Behavior | E-Learning Course | Nov 4, 2025 | Nov 4, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 4, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Critical Thinking and Information Analysis | E-Learning Course | Oct 28, 2025 | Oct 28, 2025 | 0.13 | 1.34 | Passed | 86 | - | Oct 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem Solving in the Corporate World | E-Learning Course | Nov 3, 2025 | Nov 3, 2025 | 0.08 | 0.84 | Passed | 100 | - | Nov 3, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem-Solving Teams | E-Learning Course | Nov 4, 2025 | Nov 4, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 4, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Hazards | E-Learning Course | Oct 27, 2025 | Oct 27, 2025 | 0.05 | 0.50 | Passed | 100 | - | Oct 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Leadership Commitment to Operational Safety | E-Learning Course | Oct 27, 2025 | Oct 27, 2025 | 0.03 | 0.25 | Passed | 100 | - | Oct 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: OSHA Inspections | E-Learning Course | Oct 7, 2026 | Oct 7, 2026 | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Workplace Safety Rules Hazard Control | E-Learning Course | Nov 3, 2025 | Nov 3, 2025 | 0.03 | 0.25 | Passed | 100 | - | Nov 3, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction to Construction Trades | E-Learning Course | Oct 27, 2025 | Jul 14, 2026 | 0.2 | 2.00 | Passed | 100 | - | Jul 14, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Managerial Leadership: Defining Employee Roles and Priorities | E-Learning Course | Nov 4, 2025 | Nov 4, 2025 | 0.15 | 1.50 | Passed | 80 | - | Nov 4, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Managerial Leadership: Employing Motivational Strategies | E-Learning Course | Nov 4, 2025 | Nov 4, 2025 | 0.05 | 0.50 | Passed | 100 | - | Nov 4, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Management: Effective Sales Performance | E-Learning Course | Nov 11, 2025 | Nov 11, 2025 | 0.15 | 1.50 | Passed | 100 | 80 | Nov 11, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Sales Skills: Advanced: Developing a Winning Strategy | E-Learning Course | Nov 3, 2025 | Nov 3, 2025 | 0.05 | 0.50 | Passed | 100 | 80 | Nov 3, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Business Ethics: Managerial Ethics

on

October 27, 2025

Clock Hours: 1.34
CEUs Earned: 0.13

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Adapting to Change

on

October 15, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Advanced Interpersonal Communication: Communication Styles and Methods

on

July 15, 2026

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Advanced Interpersonal Communication: Building Relationships Through Feedback

on

October 15, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Advanced Interpersonal Communication: Communication Styles and Methods

on

July 14, 2026

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Affordable Care Act (ACA) Basics for Business Owners (Corrections)

on

October 22, 2025

Clock Hours: 0.34
CEUs Earned: 0.03

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Anti-Discrimination Law: A Primer for Small Businesses

on

July 14, 2026

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Beyond Email

on

October 7, 2026

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Budgeting: Capital Budget Analysis (Corrections)

on

October 28, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# RAMONDO LYNCH

has successfully completed

## Business Accounting: Accounting for Inventory

on

November 4, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Criminal Process: The Basics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion

March 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Prayers and Practices: Activating Buddhist Practice in Your Daily Life: Part I, Entering the Path

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 21, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Apply Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Introduction to Legal Studies

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

BODHICITTA BEHIND BARS: AN INTRODUCTION TO BUDDHISM

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 20, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Learn Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 19, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Anger Management*

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

edovo
BUILDING BETTER LIVES

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Navigating Conflict

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 23, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

edovo
BUILDING BETTER LIVES

# CERTIFICATE OF COMPLETION

PRESENTED TO

## RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

GED Checklist: Your Path to New Opportunities

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 18, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

RHU Eligible: Apply Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 29, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Introduction to the 2nd Opportunity Programs

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 29, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Allstar Mastermind Facilitator Pro

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion

March 31, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Understanding Drainage and Water Distribution Systems

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 01, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Introduction to Electrical Studies

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

Provided by PREP

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

PREP Domestic Violence

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Job Seeking with a Criminal Record

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Grow with Google: Use Digital Tools to Work Remotely

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 08, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Introduction to Artificial Intelligence

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 06, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Grow with Google: Start or Join a Video Conference with Google Meet

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion

April 08, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

# CERTIFICATE OF COMPLETION

PRESENTED TO

## RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Course 1: Introduction to Entrepreneurship

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 08, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Grow with Google: Try a Career in Project Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 14, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

edovo
BUILDING BETTER LIVES

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Introduction to Commercial Driving

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 14, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Changing habits around drug and alcohol use

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 14, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Media Relations Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 04, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

edovo

BUILDING BETTER LIVES

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Marketing on LinkedIn

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 04, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

## Construction Management Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

edovo
BUILDING BETTER LIVES

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Construction Management: Safety and Health

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 29, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES

edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Construction Management: Managing Risk

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 27, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Grow with Google: Write Your Business Plan

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

BUILDING BETTER LIVES

edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

Career Exploration: Business, Management, and Administration

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.

# CERTIFICATE OF COMPLETION

PRESENTED TO

RAMONDO LYNCH

FOR SUCCESSFUL COMPLETION OF

TYRO Leadership Demo Course

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree and is delivered on a digital platform.