# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cr-00335-MLB-RGV
## USA v. Earl, et al.
## Honorable Michael L. Brown

---

Minute Sheet for proceedings held In Open Court on 10/28/2026.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 12:00 P.M.
TIME IN COURT: 1:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
USPO: Candice Logan
DEPUTY CLERK: Jessica Kelley

| | |
|---|---|
| DEFENDANT(S): | [2]Ramondo Lynch Present at proceedings |
| ATTORNEY(S) PRESENT: | Matthew LaGrone representing USA<br>Donald Samuel representing Ramondo Lynch<br>William Thomas representing Ramondo Lynch |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | A sentencing hearing was held. Defendant sentenced to counts 1 and 7 of the indictment. See J&C for sentence. Defendant remains in the custody of the United States Marshals Service. |
| HEARING STATUS: | Hearing Concluded |